No. 14-16-00982-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

DEC 20 2017

CHRISTOPHER A. PRINE
CLERK

In the Court of Appeals for the
Fourteenth District of Texas at Houston

CITY OF HOUSTON,
*Appellant,*

v.

G.L.,
*Appellee.*

On Appeal from the 228th Judicial District Court,
Harris County, Texas
Cause No. 1435565

## UNOPPOSED MOTION TO SEAL BRIEF OF APPELLEE

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

G.L., Appellee, moves this Court to seal Appellee's brief, filed in conjunction

with this motion. The clerk's record in this case, and Appellant's brief are currently

sealed because this matter concerns an expunction. Counsel requests leave to file

Appellee's Brief under seal to maintain the confidentiality of the matter.

Respectfully submitted,

/s/ Matt Hennessy
Matt Hennessy
Texas Bar No. 00787677
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Louisiana St., Suite 500
Houston, Texas 77002
713.221.7000 – Telephone
713.221.7100 – Facsimile

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

On December 20, 2017, I conferred with counsel for Appellant, Robert W. Higgason, who informed me that he is not opposed to this Motion to Seal.

/s/ Matt Hennessy
Matt Hennessy

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Seal has been forwarded on December 20, 2017 to the following counsel of record, via e-service.

Robert W. Higgason
Senior Assistant City Attorney
City of Houston Legal Department
900 Baby Street, 3rd Floor
Houston, Texas 77002
robert.higgason@houstontx.gov

/s/ Matt Hennessy
Matt Hennessy

2